Meng Zhong, Esq.
Nevada Bar No.: 12145
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
T: 702-949-8200
E-mail: meng.zhong@wbd-us.com

Rachel Nicholas, Esq. *(pro hac forthcoming)*
Arizona Bar No.: 31558
WOMBLE BOND DICKINSON (US) LLP
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
T: 602-262-0854
E-mail: Rachel.Nicholas@wbd-us.com

*Attorneys for Defendant*
*Matthew Scott Kramer*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| V Shred, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>Matthew Scott Kramer,<br><br>  Defendant. | Case No. 2:25-cv-01341-CDS-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff V Shred, LLC ("Plaintiff"), by and through its counsel of record Holland & Hart and Procel Levine, and Defendant Matthew Scott Kramer ("Defendant"), by and through its counsel of record Womble Bond Dickinson (US) LLP, hereby stipulate as follows:

1.  Plaintiff filed the complaint on July 23, 2025. On July 31, 2025, Plaintiff served Defendant with the summons and complaint.

2.  Defendant recently retained the undersigned as counsel, who are in the process of investigating the underlying factual allegations in the complaint.

/ / /

/ / /

4916-4808-4318.1

3. Counsel for Plaintiff has agreed to extend the deadline for Defendant to answer or otherwise respond to the complaint to September 4, 2025.

4. Additionally, in the event Defendant files a motion that requires a response, Defendant agrees to grant Plaintiff an additional 14 days to file any response, to October 2, 2025, and Plaintiff agrees to grant an additional 7 days for Defendant to file any reply, to October 16, 2025.

Dated this 15th day of August, 2025.

HOLLAND & HART

By: /s/ Bryce K. Kunimoto
Bryce K. Kunimoto
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tele: 702-669-4650
E-mail: bkunimoto@hollandhart.com

*Attorneys for Plaintiff V Shred, LLC*

Dated this 15th day of August, 2025.

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Meng Zhong
Meng Zhong, Esq.
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tele: 702-949-8200
E-mail: meng.zhong@wbd-us.com

Rachel Nicholas, Esq. *(pro hac forthcoming)*
Arizona Bar No.: 31558
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
T: 602-262-0854
E-mail: Rachel.Nicholas@wbd-us.com

*Attorneys for Defendant Matthew Scott Kramer*

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Dated: 8/19/2025

4916-4808-4318.1