# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| V Shred, LLC, | Case No. 2:25-cv-01341-CDS-DJA |
| Plaintiff | **Order Striking September 29, 2025 Order and Vacating Judgment** |
| v. | |
| Matthew Scott Kramer, | [ECF Nos. 16, 17] |
| Defendant | |

On September 29, 2025, I granted defendant Matthew Kramer's motion to dismiss as unopposed. Order, ECF No. 16. That order was issued in error because the parties had previously stipulated to extend the deadline for plaintiff V Shred, LLC to file its response. *See* Stip., ECF No. 12 at ¶ 4 ("Defendant agrees to grant Plaintiff an additional 14 days to file any response, to October 2, 2025 . . . ."). In light of that agreement, I hereby strike my September 29, 2025 order granting the defendant's motion to dismiss **[ECF No. 16]**. The Clerk of Court is kindly instructed to vacate the judgment **[ECF No. 17]** and reopen this case.

As approved by United States Magistrate Judge Daniel Albregts, V Shred's opposition to Kramer's motion to dismiss was filed on October 2, 2025; and the reply is due by October 16, 2025. Order, ECF No. 13.

Dated: October 2, 2025

_____
Cristina D. Silva
United States District Judge