Bryce K. Kunimoto
Nevada Bar No. 7781
Caitlan J. Bohn
Nevada Bar No. 16585
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bkunimoto@hollandhart.com
CJBohn@hollandhart.com

Brian Procel (*pro hac vice*)
Jeremiah Levine (*pro hac vice*)
**PROCEL LEVINE LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538
Brian@ProcelLevine.com
Jeremiah@ProcelLevine.com

*Attorneys for V Shred, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| V SHRED, LLC, a Nevada limited liability company,<br><br>Plaintiff<br><br>v.<br><br>MATTHEW SCOTT KRAMER, an individual; DOES I-X; and ROE CORPORATIONS XI-XX,<br><br>Defendant | Case No. 2:25-cv-01341-CDS-DJA<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff V Shred, LLC and Defendant Matthew Scott Kramer, by and through their respective counsel, stipulate as follows:

(1) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action, including all claims asserted against all defendants, shall be dismissed without prejudice.

(2) Each party shall bear its own attorneys' fees and costs incurred in this action.

(3) All pending motions, hearings, deadlines, and other dates shall be vacated as moot.

(4) The Clerk of Court shall close this case.

IT IS SO STIPULATED.

Dated: August 3, 2026

*/s/*

By: Jeremiah Levine

Brian Procel (pro hac vice)
Jeremiah Levine (pro hac vice)
**PROCEL LEVINE LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

Bryce K. Kunimoto
Nevada Bar No. 7781
Caitlan J. Bohn
Nevada Bar No. 16585
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650 bkunimoto@hollandhart.com
CJBohn@hollandhart.com

*Attorneys for Plaintiff*
*V Shred, LLC*

Dated: August 3, 2026

WOMBLE BOND DICKINSON (US) LLP

By: /s/

Meng Zhong, Esq.
8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113
E-mail: meng.zhong@wbd-us.com

*Attorneys for Defendant*
*Matthew Scott Kramer*

Based on the parties' stipulation, this case is dismissed without prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Hon. Cristina D. Silva
United States District Judge
Dated: August 4, 2026